IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER JEROME WESSON                                                              PLAINTIFF

v.                                        Case No. 6:21-cv-06139

NURSE PRACTITIONER DERRICK
ELKINS, Pike County Detention Center                                                   DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed May 18, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 22). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Bryant recommended that Defendant's Motion to Dismiss (ECF No. 19) be granted and that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 19) is **GRANTED**, and Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 13th day of June 2022.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1